UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HERTZ CORPORATION | No. C-11-04329 YGR (NJV) |
| Plaintiff, | **ORDER EXTENDING PERIOD FOR FILING OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| BARRY A. WILLIS | |
| Defendant. / | |

The Court filed its Report and Recommendation on Plaintiff's Motion For Default Judgment on April 10, 2012. (Doc. No. 26.) On April 17, 2012, mail addressed to Defendant Willis was returned to the Court as undeliverable. (Doc. No. 27.) The document returned as undeliverable was the notice of hearing on the motion for default judgment. Although Willis did not receive the notice of hearing, Hertz served him with its motion for default judgment and reply in support thereof at his correct address, and the reply noted the date and time of the hearing. (Doc. Nos. 17, 21.) In light of Willis' failure to file an opposition and in light of the Court's Report and Recommendation, the Court does not find that resetting the hearing on the motion for default judgment is warranted.

The Report and Recommendation was served on Willis at the correct address on April 17, 2012, and the Court orders that the fourteen-day period for filing objections to its Report and Recommendation should be extended by seven days, from April 24, 2012, until May 1, 2012.

**IT IS SO ORDERED**.

Dated: April 18, 2012

Nandor J. Vadas
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE HERTZ CORPORATION,

       Plaintiff,

       v.

BARRY A. WILLIS,

       Defendant.
_____/

NO. CV 11-4329 YGR (NJV)

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the persons listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

Barry A. Willis
514 W 5th Street
Stockton, CA 95206-1933

Dated: April 18, 2012

                                By:____/s/ France Jaffe_____
                                    France Jaffe
                                    Law Clerk to the Honorable
                                    Nandor J. Vadas