**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THE HERTZ CORPORATION,**<br><br>      Plaintiff,<br><br>      vs.<br><br>**BARRY A. WILLIS,**<br><br>      Defendant. | **Case No.: 11-CV-04329 YGR**<br><br>**ORDER REQUESTING CLARIFICATION OF RESPONSE TO ORDER TO SHOW CAUSE; AND CONTINUING COMPLIANCE HEARING** |

After reviewing Plaintiff's Response to the Order to Show Cause, Dkt. No. 30, the Court needs further clarification on why the issues presented in this action cannot or should not be resolved via the earlier filed state court lawsuit pending in the Sacramento Superior Court, *Willis v. Hertz Corp.*, Case No. 34-2011-00094614.

The Compliance Hearing set for June 15, 2012 is **CONTINUED** to **Friday, June 29, 2012** on the Court's **9:01 a.m.** calendar, in the Federal Courthouse at 1301 Clay Street, Oakland, California, in a courtroom to be designated. By no later than **June 22, 2012**, Plaintiff shall file a written response to this Order to clarify why the issues presented in this action cannot or should not be resolved via the earlier filed state court lawsuit pending in the Sacramento Superior Court, *Willis v. Hertz Corp.*, Case No. 34-2011-00094614.

If the Court is satisfied with Plaintiff's response, the Court will issue an order that counsel need not appear and the compliance hearing will be taken off calendar. Telephonic appearance will be allowed if Plaintiff has filed a timely response to the Show Cause Order. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Date: June 12, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**