**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THE HERTZ CORPORATION,** | **Case No.: 11-CV-04329 YGR** |
|     **Plaintiff,** | **ORDER VACATING COMPLIANCE HEARING; AND STAYING ACTION PENDING RESOLUTION OF STATE COURT PROCEEDINGS** |
|     **vs.** | |
| **BARRY A. WILLIS,** | |
|     **Defendant.** | |

After reviewing Plaintiff's Response to the Order Requesting Clarification of Plaintiff's Response to the Order to Show Cause, Dkt. No. 33, the Court hereby **VACATES** the Compliance hearing set for June 29, 2012.

This action is **STAYED** pending final resolution of the state court proceedings, *Willis v. Hertz Corp.*, Case No. 34-2011-00094614.

Within 60 days of entry of a final judgment in the state court case, if no appeal is pending, Plaintiff shall either move to lift the Stay or for a dismissal of this action. If one or more parties files an appeal, Plaintiff shall notify the Court that an appeal is pending.

    **IT IS SO ORDERED.**

Date: June 26, 2012

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**