**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THE HERTZ CORPORATION,**<br><br>    Plaintiff,<br><br>    v.<br><br>**BARRY A. WILLIS,**<br><br>    Defendant. | **Case No.: 11-CV-04329 YGR**<br><br>**ORDER REQUIRING JOINT STATUS UPDATE; SETTING COMPLIANCE HEARING** |

On June 26, 2012, the above-styled federal action was stayed in favor of a state court action, *Willis v. Hertz Corp.*, Case No. 34-2011-00094614 (the "State Court Action"). (Dkt. No. 34.) The Court has received no update since then. Accordingly, the Court hereby **ORDERS** the parties to file a joint status update apprising the Court of the status of the State Court Action.

A compliance hearing shall be held on the Court's 9:01 a.m. calendar on **Friday, July 11, 2014**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. At least five (5) business days prior to the date of the compliance hearing, the parties shall file the joint status update contemplated by this Order. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Failure to comply may result in sanctions.

**IT IS SO ORDERED.**

Date: June 6, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**