United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THE HERTZ CORPORATION,** | Case No.: 11-CV-4329 YGR |
| Plaintiff, | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| **BARRY A. WILLIS,** | |
| Defendant. | |

On June 17, 2014, plaintiff The Hertz Corporation requested dismissal of the above-styled case without prejudice. (Dkt. No. 36.) Having considered the pleadings and the record in this case, and for good cause shown, the Court hereby **DISMISSES** this case pursuant to Federal Rule of Civil Procedure 41(a)(2). The dismissal is without prejudice.

**IT IS SO ORDERED.**

Date: June 19, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**